IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAWRENCE B. PARKS,

    Plaintiff,

v.                               No. CV 13-1134 MCA/CEG

METROPOLITAN DETENTION CENTER, et al.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on October 6, 2014. (Doc. 24). In the PFRD, the Magistrate Judge recommended that Defendant Timothy McMurray, M.D.'s *Motion to Dismiss for Failure to State a Claim*, (Doc. 20), be granted and Plaintiff Lawrence Park's claims against him be dismissed. The Magistrate Judge further recommended that Plaintiff's remaining claims against Defendant IAH Secure Adult Detention Facility also be dismissed. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 24 at 7). No objections have been filed and the deadline of October 23, 2014 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Defendant McMurray's *Motion to Dismiss for Failure to State a Claim*, (Doc. 20), be **GRANTED** and Plaintiff's claims against him be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims against Defendant IAH be **DISMISSED WITH PREJUDICE**, and that the Complaint be dismissed in its entirety.

M. CHRISTINA ARMIJO
Chief United States District Judge